## JAMES McGARVIN
### v.
## JAMES WILSON

1809

### JOURNAL ENTRIES

1. Writ of error quashed; dissent . . . . . *Journal infra,* \*p. 242
2. Assignment of errors filed; plea; issue . . . . . . " 246
3. Certiorari ordered; continuance . . . . . . " 247

### Papers in S. C. File

1. Bail bond in error . . . . . . . . . . *Printed in Vol. 2*
2. Form for procedendo . . . . . . . . . . . . .

### Papers in D. C. File

1. Capias and return . . . . . . . . . . . . .
2. Alias capias and return . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . .
4. Plea of non assumpsit and statute of limitations . .    "
5. Commission for taking depositions; deposition of Ruth
    Springer . . . . . . . . . . . . . .
6. Notice of taking depositions . . . . . . .    "
7. Subpoena for Daniel Springer and Ruth Fairchild . . . . .
8. Subpoena for Philip Sargent . . . . . . . . .
9. Verdict . . . . . . . . . . . . . .
10. Bill of exceptions . . . . . . . . .    "
11. Promissory note . . . . . . . . . . . .
12. Letter from Roe to McGarvin . . . . . . . . . .